**FILED**
CLERK, U.S. DISTRICT COURT

01/07/2026

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___M.B.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ISRAEL CLAUSTRO,<br><br>   Defendant. | No. 8:26-cr-00001-FWS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1341: Mail Fraud] |

The United States of America charges:

[18 U.S.C. § 1341]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant ISRAEL CLAUSTRO was an attorney, was not a physician or other medical professional, and resided in Orange County within the Central District of California.

2. Liberty Medical Group Inc. ("Liberty") was a medical corporation incorporated in November 2015 and located in San Bernardino County within the Central District of California. Defendant CLAUSTRO operated Liberty.

3. California's Subsequent Injuries Benefits Trust Fund

("SIBTF") was a special fund administered by the California Division of Workers' Compensation ("DWC"), providing additional compensation to injured workers who previously had a disability or impairment at the time of an injury.

4. Co-schemer Kevin Tien Do ("Do"), was a licensed physician in the state of California. In 2003, Co-schemer Do was convicted of federal health care fraud, a felony, in violation of 18 U.S.C. § 1347, for which he was sentenced to 12 months of imprisonment.

5. On or about October 19, 2018, the DWC issued a final order suspending Co-schemer Do from participating in California's workers' compensation system, which included the SIBTF. Co-schemer Do received notice of the final order by certified U.S. Mail on or about October 19, 2018. Defendant CLAUSTRO was aware of Co-Schemer Do's criminal conviction and suspension from California's workers' compensation program.

B. THE SCHEME TO DEFRAUD

6. Beginning no later than in or around March 2022, and continuing through at least in or around September 2022, in Orange County, Los Angeles County, Riverside County, and San Bernardino County, within the Central District of California, and elsewhere, defendant CLAUSTRO, together with others known and unknown, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud SIBTF as to material matters, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises.

7. The fraudulent scheme operated, in substance, as follows:

a. Despite being prohibited from doing so because he was neither a physician nor a medical professional, defendant CLAUSTRO

owned, operated, and controlled Liberty, a medical corporation, including hiring other doctors and employees of Liberty and signing checks from Liberty to other doctors and employees, including to Co-schemer Do.

   b. Notwithstanding Co-schemer Do's October 2018 suspension from participating in California's workers' compensation programs, which included the SIBTF program, defendant CLAUSTRO employed Co-schemer Do to work for Liberty on workers' compensation matters, including drafting and preparing SIBTF-related medical-legal reports, which Liberty mailed to the California SIBTF with billing forms, requesting payment.

   c. To cover up Co-Schemer Do's involvement, defendant CLAUSTRO and Co-schemer Do caused other doctors' names to be listed on the reports and forms mailed by Liberty to the California SIBTF for payment, despite the fact that Co-schemer Do was authoring the reports.

   d. Defendant CLAUSTRO caused Liberty to pay Co-schemer Do for drafting and preparing SIBTF-related medical reports after he had been suspended from participating in California's workers' compensation programs.

C. <u>USE OF THE MAIL</u>

  7. On or about February 10, 2022, in Orange County, within the Central District of California, and elsewhere, defendant CLAUSTRO, for the purpose of executing the above-described scheme to defraud, caused a medical-legal evaluation report for patient O.M. to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service according to the directions thereon, specifically from Liberty in Rancho Cucamonga,

3

California addressed to SIBTF at 1750 Howe Avenue, Suite 370, Sacramento, California.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

STEPHANIE L. ORRICK
Special Assistant United States Attorney
Orange County Office