

**FILED**
CLERK, U.S. DISTRICT COURT

JAN 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 8:26-cr-00001 |
| Israel Claustro | | **WAIVER OF INDICTMENT** |
| | DEFENDANT | |

I, _____Israel Claustro_____ , the above-named defendant,
who is accused of _____ware mail fraud_____ , in
violation of _____18 USC §1341_____ , being
advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on
_____January 12, 2026_____ , prosecution by indictment and consent that the proceedings may be by
information rather than by indictment.

_____1/12/2026_____
*Date*

_____1/12/26_____
*Date*

_____1/12/2026_____
*Date*

_____
*Defendant*

_____
*Counsel for Defendant*

**DOUGLAS F. McCORMICK**

Before: _____
*Judicial Officer*

If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this Waiver of Indictment from English to _____

for defendant _____ on this date.

_____
*Date*

_____
*Interpreter*

CR-57 (06/14)                    **WAIVER OF INDICTMENT**